PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE **Northern** DISTRICT OF TEXAS
### **Wichita Falls** DIVISION

**Joshua Goodbeau #2071610**
Plaintiff's Name and ID Number

**Allred Unit**
Place of Confinement

CASE NO. **7-23CV-045-O**
(Clerk will assign the number)

v.

**Brice Byrd - Allred Unit**
Defendant's Name and Address

**Barbara Bates - Allred Unit**
Defendant's Name and Address

**Dolores McClung - Allred Unit**
Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 1 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.**

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

# FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

# CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   
   1. Approximate date of filing lawsuit: N/A
   2. Parties to previous lawsuit:
      Plaintiff(s) N/A
      Defendant(s) N/A
   3. Court: (If federal, name the district; if state, name the county.) N/A
   4. Cause number: N/A
   5. Name of judge to whom case was assigned: N/A
   6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
   7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Allred Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Joshua Goodeau #2071610, Allred Unit, 2101 F.M. 369 N, Iowa Park, TX 76367.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: ~~Sgt. Brice Byrd, TDCJ-ID, Allred Unit, 2101 F.M. 369 N, Iowa Park, TX 76367~~

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

~~He slammed me on the ground and punched me.~~

Defendant #2: Sgt. ~~Barbar~~ Barbara Bates, TDCJ-ID, Allred Unit, 2101 F.M. 369 N., Iowa Park, TX 76367.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

He Slammed me on the ground, and punched me.

Defendant #3: C.O.4. Dolores McClung, TDCJ-ID, Allred Unit, 2101 F.M. 369 N., Iowa Park, TX 76367

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

She ~~slewed~~ slammed me on the ground, and punched me.

Defendant #4: ~~~~ Sgt. Brice Byrd, TDCJ-ID, Allred Unit, 2101 F.M. 369 N, Iowa Park, TX 76367

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

~~~~ Ordered the other officer's, to Slam me on the ground, and punched me.

Defendant #5: N/A

N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

N/A

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On the Allred Unit, 12 building E-pod D space. At approximetly 9:00 A.M. or 10:00 A.M. I was escorted to medical personell for treatment on 2-22-2023. I refused to walk back to my cell. C.O. 4 D. McClung called for a supervisor. When Sgt. Brice Byrd arrived, I explained to him my problem, then Sgt. Brice Byrd threatned me. I asked Sgt. Brice Byrd "Why do you have to threathen me"? Sgt. Brice Byrd then ordered Sgt. Barbara Bates, and C.O. 4 D. McClung to slam me on the ground. I was then slammed to the ground while in handcuff's, and not resisting. I was then punched with a closed fist by all three defendant's in the facial area, and the back of the neck. The injury resulted up to first aid treatment. An treatment from mental health.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Nominal Damages of #1, Compensatory Damages of #15,000, Puniture Damages of #25,000 from each Defendant in there (Individual capacity) Injunction in their (official capacity).

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#2071610 TDCJ-ID, #1325693 TDCJ-ID

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___ YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  ___ YES  ✓ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 4-12-2023
             DATE

Joshua Goodean #2071610

#2071610
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of April _____, 20 23.
            (Day)              (month)              (year)

Joshua Goodean #2071610

#2071610
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

*Emergency life Endangerment* (Ch.I.U)



## Texas Department of Criminal Justice

### STEP 1 — OFFENDER GRIEVANCE FORM

Offender Name: Joshua Boudreau  TDCJ # 2071610
Unit: Allred  Housing Assignment: 12-___F-69
Unit where incident occurred: Allred

OFFICE USE ONLY
Grievance #: ____
Date Received: ____
Date Due: ____
Grievance Code: ____
Investigator ID #: ____
Extension Date: ____
Date Retd to Offender: ____

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. W. Barry  FEB 23 2023  When? 2-22-2023
What was their response? I'll have to go review the video cameras. FEB 23 2023
What action was taken? None. FEB 23 2023

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On the date listed above at around 9:00 A.m and 10:00 a.m. I was being escorted by C.O. Bate's, and C.O. McClung to get my wieght, and vital sign's checked. I requested to speak to the Supervisor, because the pod officer didn't want to notify a supervisor nobody that a fire was set, and everybody on 12-E-F section was exsposed to cell fire smoke. When Sgt. Bird came to 12-E-pod Dspace, I explained to Sgt. Bird the situation that was taking place stated above. I was then ordered by Sgt. Bird to go back to the cell or I would be slammed, and beat up. I asked Sgt. Bird why do he has to threatned me? Sgt. Bird then ordered C.O. Bates and C.O. McClung to slam me on the ground. While I was slammed to the ground, C.O. Bates, C.O. McClung, and Sgt. Bird punched me while I was on the ground not resisting in hand restraint's. I was told by Sgt. Bird that when he get's the chance, he's going to kill me by excessive force. An his superviser's and the administration are going to support him. This is a violation on the P.D. 22 - Excessive force, mistreatment to Inmate's, Harrassment, and Retaliation. An it's also a violation of the use of force policy, because force was used in a relabative manner to cause excessive harm, to instill fear, and intimidate. I suffered a bruised face, and a laceration to the forehead. Which was bleeding, and first aid treatment was needed. Due to this incident, I fear for my life, and I feel that my life is in

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

# NON-GRIEVABLE ISSUES

☐ Direct this issue to Director's Review Committee (DRC).

☐ Direct this issue to the Classification and Records – Time Credit Section.

☒ All reported uses of force are reviewed by designated use of force staff and will not be addressed through the grievance procedure

Grievance Investigator: R. Schroyer

Grievance Number: 2023071956

Offender Grievance Operations Manual
Appendix C

