IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOSHUA GOODEAU,<br>TDCJ No. 02071610,<br><br>            Plaintiff,<br><br>v.<br><br>BRICE BYRD, *et al.*,<br><br>            Defendants. | § § § § § § § § § § § | Civil Action No. 7:23-cv-045-O |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted and with prejudice to being asserted again unless Plaintiff can demonstrate that the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) have been satisfied.

**SIGNED** this **4th day** of **February 2026.**

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE